# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1449
LT Case No. 2022-305042-CFDB

_____

CONRAD MASSEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Lori D. Loftis, Regional Counsel, and Lora S. Scott, Assistant
Regional Counsel, of Office of Criminal Conflict and Civil
Regional Counsel, Casselberry, for Appellant.

Conrad Massey, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

May 7, 2024


PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____